# United States Court of Appeals
# for the Federal Circuit

---

**MARK A. BARRY,**

*Plaintiff-Appellant*

**v.**

**DEPUY SYNTHES COMPANIES,**

*Defendant*

**DEPUY SYNTHES SALES, INC., TRADING AS DEPUY SYNTHES SPINE, MEDICAL DEVICE BUSINESS SERVICES, INC., DEPUY SYNTHES PRODUCTS, INC.,**

*Defendants-Appellees*

---

2023-2226, 2023-2234

---

Appeals from the United States District Court for the Eastern District of Pennsylvania in No. 2:17-cv-03003-PD, Judge Paul S. Diamond.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

FOR THE COURT

January 20, 2026
Date

Jarrett B. Perlow
Clerk of Court